UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
USA                                       :
                                          :           23-CR-608  (RWL)
                         Plaintiff,       :
                                          :           **ORDER**
                                          :
        - against -                       :
                                          :
MOAHAMMED  KASSIM,                        :
                                          :
                         Defendant.       :
------------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

ORDER of Hearing: SENTENCING is scheduled before Magistrate Judge Robert W. Lehrburger on **November 30, 2023, at 11:00 a.m.** in Courtroom 18D, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 20, 2023
       New York, New York

Copies transmitted this date to all counsel of record