USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
USA,                                              :        23-cr-608 (RWL)-1
                     Plaintiff,       :
                                     :
        - against -                               :        **CONFERENCE ORDER**
                                     :
MOHAMMED KASSIM                   :
                                     :
                   Defendants.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

ORDER: Scheduling Conference set for **January 30, 2024, at 10:00 a.m.** in Courtroom 5 A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger.

                                         SO ORDERED.

                                           _____
                                           ROBERT W. LEHRBURGER
                                           UNITED STATES MAGISTRATE JUDGE

Dated: January 17, 2024
        New York, New York